1  NOSSAMAN LLP
   CHRISTOPHER D. HUGHES (SBN 254864)
2  chughes@nossaman.com
   JAMES R. OLESHANSKY (SBN 345350)
3  joleshansky@nossaman.com
   621 Capitol Mall, Suite 2500
4  Sacramento, CA 95814
   Telephone:   916.442.8888
5  Facsimile: 916.442.0382

6  WINSTEAD PC
   MATTHIAS KLEINSASSER (*pro hac vice*)
7  mkleinsasser@winstead.com
   300 Throckmorton Street, Suite 1700
8  Fort Worth, Texas 76102
   Telephone: 817.420-8281
9
   Attorneys for Plaintiff UNIT 53, INC.
10

11

12

13                     UNITED STATES DISTRICT COURT

14                     EASTERN DISTRICT OF CALIFORNIA

15

16  | UNIT 53, INC.,                              | Case No:   2:24-CV-01718-DJC CSK |
17  |         Plaintiff,                          |                                  |
18  |     vs.                                     | **TEMPORARY RESTRAINING ORDER**  |
19  | RUN ROADLINES, INC.,                        |                                  |
    | MANPREET RANDHAWA, and                      |                                  |
20  | 3515 HWY 99, LLC,                           |                                  |
21  |         Defendants.                         | Date Action Filed: June 17, 2024 |
    |                                             | Trial Date:        April 13, 2026 |

Having reviewed the stipulation entered between Plaintiff UNIT 53, Inc. ("Plaintiff") and Defendants RUN ROADLINES, INC., MANPREET RANDHAWA, and 3515 HWY 99, LLC ("Defendants"), and good cause appearing:

IT IS HEREBY ORDERED that Defendants and their principals, agents, and/or affiliates (including but not limited to Run Rail and Run Inc.) are hereby enjoined from selling, transferring, or encumbering the Shipping Containers leased from Plaintiff to Defendant Run Roadlines, Inc. that are at issue in this action.

IT IS FURTHER ORDERED that Defendants and their principals, agents, and affiliates (including but not limited to Run Rail and Run Inc.) are hereby enjoined from subleasing the Shipping Containers leased from Plaintiff to Defendant Run Roadlines, Inc. that are at issue in this action, without first obtaining Plaintiff's express written approval to do so.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall remain in force until 30 days after any entry of any full or partial denial of Plaintiff's Motion for Preliminary Injunction or a final judgment adverse to Plaintiff, whichever comes first.

IT IS FURTHER ORDERED that no bond is required to be posted by Plaintiff as a condition for the issuance of this relief.

**IT IS SO ORDERED.**

Dated:  December 17, 2024                /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE