1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNIT 53, INC.,                                Case No. 2:24-cv-01718-DJC-CSK

12              Plaintiff,

13         v.                                        ORDER RE: DISCOVERY DISPUTE

14    RUN ROADLINES,INC., et al.,                    (ECF No. 50)

15              Defendants.

16

17         On February 18, 2025, the Court held an informal discovery conference regarding

18    Plaintiff Unit 53, Inc.'s Interrogatories Set One and Set Two, and Requests for

19    Production (RFP) of Documents Set One. (ECF Nos. 46, 50, 51.) Counsel Matthais

20    Kleinsausser and Christopher Hughes appeared for Plaintiff; and counsel Aaron

21    Hancock appeared for Defendants Run Roadlines, Inc., Manpreet Randhawa, and 3515

22    Hwy 99, LLC. All parties agreed to abide by the Court's rulings at the informal discovery

23    conference. Pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37, and for the

24    reasons stated during the conference, the Court ruled as follows:

25
      (1)   The Court already ordered Defendants to respond without objections to
26
            Interrogatories Set One and RFPs Set One in its order on Plaintiff's Motion to
27
            Compel. (ECF No. 35.) Therefore, any arguments by Defendants related to
28

1

1    overbreadth, relevance, etc. are rejected based on the Court's prior order.

2    (2)    Except as otherwise stated below, supplemental responses and productions
3           ordered are due within 10 days from today (by Feb. 28, 2025). Defendants were
4           warned that discovery responses may be used at trial, and Defendants may be
5           limited to their responses.
6

7    (3)    Pl. Interrogatory Nos. 2 and 3 (all Defendants):  Defendants agreed to withdraw
8           their affirmative defenses that they will not be pursuing. Defendants are ordered
9           withdraw their affirmative defenses that they will not be pursuing and to
10          supplement their responses for these interrogatories to identify the affirmative
11          defenses still being pursued and to provide sufficient responses as to these
12          affirmative defenses.
13

14   (4)    Pl. Interrogatory Nos. 9 (Run Roadlines), 7 and 9 (Randhawa), and 5 and 7 (3515
15          Hwy 99):  The Court declined to order supplemental responses as to these
16          interrogatories. Defendants have identified the witnesses who possess additional
17          information related to these interrogatories, and the parties have not yet
18          conducted depositions. Plaintiff can obtain additional information through
19          depositions.

20   (5)    Pl. Interrogatory No. 5 (Run Roadlines and Randhawa):  Defendants agreed to
21          supplement their responses for these interrogatories, and are ordered to so
22          supplement.
23

24   (6)    Pl. Interrogatory No. 6 (Run Roadlines and Randhawa):  Defendants are ordered
25          to supplement their responses for these interrogatories.

26   (7)    Pl. Interrogatory Nos. 8 (Run Roadlines) and 14 (Randhawa):  Defendants are
27          ordered to supplement their responses for these interrogatories. Defendants
28          further do not object to supplement their responses as to internal

communications.

(8)    Pl. Interrogatory Nos. 13 (Run Roadlines) and 9 (3515 Hwy 99):  Defendants are ordered to supplement their responses for these interrogatories.

(9)    Pl. Set Two, Interrogatory Nos. 16 and 17 (Run Roadlines and Randhawa): Defendants are ordered to supplement their responses for these interrogatories to provide the contact information for the third parties, relationship with the third parties, and identification of unit numbers <u>within 14 days</u> of today (by March 4, 2025). Defendants must make a diligent and good faith effort to identify the unit numbers by contacting the third parties, and to the extent unit numbers cannot be provided despite a diligent and good faith effort, disclose this in their supplemental responses.

(10)   Defendants agreed to supplement their RFP responses to identify any request for which no documents were located after a diligent search. For the requests for which documents were located, Defendants agreed to supplement their RFP responses to identify which documents are produced in response and to identify the bates numbers for such documents.

(11)   To the extent any party withholds responsive documents as privileged, the parties are ordered to contemporaneously produce privilege logs as required by Rule 26(b)(5). The parties are strongly encouraged to meet and confer regarding the content of privilege logs before producing such logs to minimize discovery disagreements as to the level of detail, fields, etc. Defense counsel indicated that it did not think Defendants had withheld any documents as privileged.

(12)   Pl. RFP Nos.  20 and 21 (Run Roadlines), 23-25 (Randhawa), and 15 and 16 (3515 Hwy 99):  Defendants do not object to supplementing their responses and production as to RFP Nos. 20 and 21 for Run Roadlines, and RFP Nos. 15 and 16

1    as to 3515 Hwy 99. Defendants are ordered to supplement their responses and

2    produce responsive documents for all of these RFPs.

3

4    (13)   Pl. RFP Nos. 2, 4, 7, 9, and 14 (Run Roadlines); 2, 4, 7, 9, and 15  (Randhawa),

      and 4-7 (3515 Hwy 99):  Defendants are ordered to supplement their responses

5     and produce responsive documents for all of these RFPs.

6

7    (14)   Pl. RFP Nos. 11, 13, 16, and 19 (Run Roadlines), 11, 13, 14, 17, and 22

8     (Randhawa), and 9, 11, and 14 (3515 Hwy 99):  Defendants are ordered to

9     supplement their responses and produce responsive documents for all of these

10    RFPs. After a diligent search, if Defendants do not locate additional responsive

11    documents as to some of these RFPs, Defendants' supplemental responses may

12    indicate this.

13

14   (15)   Pl. RFP Nos. 23 and 24 (Run Roadlines), 29 and 30  (Randhawa):  Defendants

      do not object to supplementing their responses and production for these RFPs,

15    and are ordered to so supplement and produce.

16

17   (16)   Pl. RFP Nos. 17 and 22 (Run Roadlines), 19 (Randhawa), and 12 (3515 Hwy 99):

18    Defendants are ordered to supplement their responses and produce responsive

19    documents for all of these RFPs. The Court reminded the parties that its order on

20    Plaintiff's motion to compel limited the time period for these RFPs.

21

22   (17)   Pl. RFP Nos. 22 (Run Roadlines) and 27  (Randhawa):  Defendants are ordered

      to supplement their responses and produce responsive documents for all of these

23    RFPs.

24

25   It is so ORDERED.

26

27   Dated:  February 18, 2025

28                                                          _____
                                                            CHI SOO KIM
                                            4               UNITED STATES MAGISTRATE JUDGE