UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIT 53, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUN ROADLINES, INC., et al., <br><br> Defendants. | Case No. 2:24-cv-01718-DJC-CSK <br><br> ORDER MODIFYING DISCOVERY SCHEDULE <br><br> (ECF No. 67) |

    Plaintiff Unit 53, Inc. has made an ex parte request to modify the scheduling order in this case and extend discovery deadlines. (ECF Nos. 67, 70.) The Court gave Defendants Run Roadlines, Inc., Manpreet Randhawa, and 3515 Hwy 99, LLC an opportunity to respond to Plaintiff's request (ECF No. 71), but Defendants have not responded. Good cause is established to extend the discovery deadlines based on Defendants' delay in responding to discovery and various discovery disputes. The Court therefore grants Plaintiff's request, but sets different deadlines to ensure that non-discovery deadlines are not impacted. The new discovery deadlines are reflected in the following chart:

/ / /

/ / /

/ / /

| Event | Original Deadline | Plaintiff's Proposal | New Deadline |
|---|---|---|---|
| Fact Discovery Completion | 5/9/2025 | 8/29/2025 | **8/1/2025** |
| Initial Expert Disclosure and Report Production | 6/6/2025 | 9/5/2025 | **8/15/2025** |
| Rebuttal Expert Disclosure and Report Production | 7/4/2025 | 9/26/2025 | **9/5/2025** |
| Expert Discovery Completion | 8/1/2025 | 10/24/2025 | **9/26/2025** |
| Dispositive Motion Filing Deadline | 10/10/2025 | 10/10/2025 | **No Change: 10/10/2025** |
| Dispositive Motion Hearing Deadline | 12/4/2025 | 12/4/2025 | **No Change: 12/4/2025** |

All other deadlines outlined in the scheduling order issued August 30, 2024 shall remain the same. (ECF No. 18.)

IT IS SO ORDERED.

Dated:  May 8, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, unit.1718.24

2