UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIT 53, INC., | No. 2:24-cv-01718-DJC-CSK |
| Plaintiff, | ORDER |
| v. | (ECF No. 78) |
| RUN ROADLINES, et al., | |
| Defendants. | |

On July 7, 2025, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 78.) No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 78) are ADOPTED IN FULL;
2. Plaintiff's motion for sanctions (ECF No. 68) is GRANTED;
3. Defendants' answers (ECF Nos. 8, 10, 11) are STRICKEN;

4. Within 21 days of this order, Plaintiff is provided with the opportunity to file a supplemental brief before the assigned Magistrate Judge limited to presenting the terms of the default judgment, including calculations of amount of damages, any prejudgment interest, and permissible costs. Defendants will be provided the opportunity to respond within 21 days after the filing of Plaintiff's supplemental brief;

5. Plaintiff's award of final judgment is deferred until after a determination of the terms of the default judgment can be made, which will be done by further Findings and Recommendations; and

6. All other deadlines (ECF Nos. 18, 72) are VACATED;

7. The Motion for Extension of the Scheduling Order (ECF No. 80) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **August 6, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2