UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIT 53, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUN ROADLINES, INC., et al., <br><br> Defendant. | No. 2:24-cv-01718-DJC-CSK |
| UNIT 53, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACT CAPITAL, INC., et al., <br><br> Defendant. | No. 2:25-cv-02591-DAD-CKD <br><br> RELATED CASE ORDER |

On September 10, 2025, Plaintiff Unit 53, Inc., filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveal that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar

1

questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to substantially save judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:25-cv-02591 is reassigned from District Judge Dale A. Drozd to the Undersigned.  Additionally, the matter is reassigned from Chief Magistrate Judge Carolyn K. Delaney to Magistrate Judge Chi Soo Kim. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:25-cv-02591-DJC-CSK.

IT IS SO ORDERED.

Dated: **September 11, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC6 – Unit53_23cv01718.nrc_v1