Brianna Milligan, Esq. (SBN 339805)
**FORTRA LAW**
20 Pacifica, Suite 300
Irvine, CA 92618
Tele.: (949) 379-2600
Fax: (949) 379-2610
E-mail: b.milligan@fortralaw.com

Attorneys for Defendants-Intervenors,
Z BLINDS COMPANY, INC; SA9 PROPERTIES, LLC; LEVON ZEKIAN; and SAM BEHPOOR

**Fortra Law**
20 Pacifica, Suite 300
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNIT 53, INC.,

Plaintiff,

vs.

RUN ROADLINES, INC., MANPREET RANDHAWA, and 3515 Hwy 99, LLC,

Defendants.

Case No. 2:24-cv-01718-DJC-CSK

**ORDER GRANTING STIPULATION TO WITHDRAW THE Z DEFENDANTS' INTERVENTION AND TO DISMISS THEM AS PARTIES**

Complaint Filed: June 17, 2024
Trial Date: None Set

Having considered the Stipulation of Plaintiff Unit 53, Inc. ("Unit 53") and Defendant-Intervenors Z Blinds Company, Inc., SA9 Properties, LLC, Levon Zekian, and Sam Behpoor (collectively, the "Z Defendants"), and good cause appearing, **IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 21, the intervention of the Z Defendants is WITHDRAWN, and Z Blinds Company, Inc., SA9 Properties, LLC, Levon Zekian, and Sam Behpoor are DISMISSED and DROPPED as parties to this action, WITH PREJUDICE.

2. The dismissal with prejudice bars the Z Defendants from re-entering this action as parties or from seeking to intervene again. It does not adjudicate, impair, waive, or otherwise affect any right, title, interest, lien, claim, or defense of the Z Defendants in the Property or otherwise, including the Z Defendants' rights under the Settlement Agreement and the deed of trust encumbering the real property at 3515 South Highway 99, Stockton, California, all of which are preserved.

3. The claims and defenses between Unit 53 and Defendants Run Roadlines, Inc., Manpreet Randhawa, and 3515 Hwy 99, LLC remain pending for the Court's disposition and are not affected by this Order.

4. The Clerk of Court is directed to terminate Z Blinds Company, Inc., SA9 Properties, LLC, Levon Zekian, and Sam Behpoor as parties on the docket.

**IT IS SO ORDERED**.

Dated: August 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**Fortra Law**
20 Pacifica, Suite 300
Irvine, California 92618
T: (949) 379-2600; F: (949) 379-2610